UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00074-FDW-DCK

| DAVID WALLACH and NANCY WALLACH, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SELLERS, AYERS, DORTCH & LYONS, P.A., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court sua sponte. The Court has been notified by the parties via email that the above captioned case has reached a settlement. The parties are hereby ordered to file a Stipulation of Dismissal with the Court within 30 days of this order. Failure to do so will result in a dismissal without prejudice, subject to a petition by either party to reopen the case upon a finding of good cause.

IT IS SO ORDERED.

Signed: June 23, 2015

Frank D. Whitney
Chief United States District Judge